1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:23-cv-02921-TLN-KJN

      IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:23-cv-02922-TLN-KJN

13                                                    No. 2:23-cv-02923-TLN-KJN

14                                                    No. 2:23-cv-02924-TLN-KJN

15                                                    No. 2:23-cv-02925-TLN-KJN

16                                                    No. 2:23-cv-02926-TLN-KJN

17                                                    No. 2:23-cv-02928-TLN-KJN

18                                                    No. 2:23-cv-02938-TLN-KJN

19                                                    No. 2:23-cv-02939-TLN-KJN

20                                                    No. 2:23-cv-02940-TLN-KJN

21                                                    **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2    the Court to open a new case for each attempted new pleading and assign it to the undersigned for

3    review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

5         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

7         Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02921, 2:23-cv-02922, 2:23-

8    cv-02923, 2:23-cv-02924, 2:23-cv-02925, 2:23-cv-02926, 2:23-cv-02928, 2:23-cv-02938, 2:23-

9    cv-02939 and 2:23-cv-02940 are hereby DISMISSED.  The Clerk of the Court is directed to close

10   these cases.  No further filings will be accepted.

11       IT IS SO ORDERED.

12       Dated:    January 22, 2024

13

14

15   _____
     Troy L. Nunley
16   United States District Judge

17

18

19

20

21

22

23

24

25

26   [1]    Plaintiff erroneously names the Yuba County Superior Court in the captions of Case Nos.
     2:23-cv-2939 and 2:23-cv-2940.  To the extent Plaintiff intended to file those complaints/petitions
27   in the United States District Court for the Eastern District of California, the Court finds that the
     claims raised those complaints/petitions are related to his Alameda County criminal conviction
28   and are therefore dismissed pursuant to the modified vexatious litigant Order.

2